UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80207-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff

vs.

QUINCY SHAWN GARVEY,

    Defendant.

_____/

**FACTUAL PROFFER**

The United States of America and Quincy Shawn Garvey ( "GARVEY" or the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. On December 9, 2022, at approximately 0743 hours, the Palm Beach Police Department was dispatched to a possible "immigrant incident" in progress. The police department received a 911 call at this time from the beach condominiums located at 2780 S. Ocean Blvd., Palm Beach, Florida (about a quarter mile north of R. G. Kreusler Park) stating that there were people running from the beach near R.G. Kreusler Park (2882 S. Ocean Blvd., Palm Beach, Florida).

2. Law enforcement responded to the scene and ultimately apprehended fourteen individuals. Twelve of them were transported to the U.S. Border Patrol Station in Riviera Beach, Florida for further investigation. The other two individuals were transported to a local hospital for medical evaluation.

3. Homeland Security Investigations (HSI) West Palm Beach conducted an interview with a lieutenant with Palm Beach County Ocean Rescue, who was a witness to the incident. The

1

lieutenant stated that he was walking north from R. G. Kreusler Park when he noticed a vessel traveling at a high rate of speed towards shore without slowing down. The lieutenant thought this may be a medical emergency from a dive boat. The vessel pulled up to shore, where the lieutenant greeted the operator of the vessel. He described the operator as a black male. The lieutenant asked the male if everything was okay and if there were any medical emergencies. The male stated, in what sounded like a Bahamian accent, "Don't call anybody. Don't call mon," and gave the lieutenant a thumbs up. The "shore broke," which turned the boat so that the back of the boat was facing south, exposing possible immigrants in the back of the vessel. The lieutenant observed a male at the front of the vessel put a backpack on and hop off the boat. Shortly after, the rest of the passengers hurried out the back of the vessel. The lieutenant asked where they were from. One male responded and said he was from Haiti. Everyone was carrying a backpack or a small duffel bag and began walking towards the condominiums. The vessel then "took off towards the horizon" with the same black, possibly Bahamian male operating the vessel. The lieutenant stated it was a white vessel with two motors, and it was not a center console. He was unable to describe it further, as he does not have a lot of knowledge regarding boats.

4.      The Palm Beach County Sheriff's Office (PBSO) Marine Unit began tracking the vessel (referred to as the target of interest (TOI)). PBSO's aviation unit (EAGLE) was able to obtain a visual on the TOI at about ten miles offshore. PBSO's Marine Unit was able to obtain a visual of the TOI at around twenty miles offshore. PBSO Marine Unit activated their police lights and sirens and stopped the TOI at approximately about 26 miles offshore (east of Palm Beach).

5.      The captain of the TOI, GARVEY, a black male and the sole occupant of the vessel, threw his hands up and stopped the TOI. He was detained and admitted to being a citizen and national of the Bahamas. While on the PBSO vessel, GARVEY overheard law enforcement radio

communications and began to make spontaneous utterances to the deputies, including that he had left West End, Bahamas at approximately 3:00 A.M. with fifteen other people onboard the vessel. He stated spontaneously that he pulled up to the beach, and he was instructed by the organizers of the operation that he could leave the vessel on the beach or return it to Bahamas for $16,000.00. When GARVEY overhead further law enforcement radio communications about a white female, GARVEY spontaneously stated that he had a white female on his vessel who was wearing a purple t-shirt and white shorts.

6. The undocumented noncitizens who were transported to the U.S. Border Patrol Station were identified as six (6) adult males, two (2) adult females, and three (3) juvenile teenaged males (all unaccompanied by a parent, relative, or friend), who were all citizens and nationals of Haiti, and one (1) adult male who was a citizen and national of Romania. None of these individuals had legal status in the United States or permission to enter the United States.

7. One of the individuals, M.L. (citizen of Romania), stated that he left in the vessel from the Bahamas at approximately 2:00 A.M. that morning to come to the United States. He paid $2,500.00 to the organizer, a black male in the Bahamas named "Richie." There were approximately twenty people on the vessel, and there were enough life jackets for everyone. HSI administered a photo lineup, and M.L. identified photo #2 (GARVEY) as the captain of the vessel.

8. Another individual, D.W. (citizen and national of Haiti), told agents that his uncle paid an unknown individual $6,000.00 to be smuggled into the United States. D.W. left in the vessel from Freeport, Bahamas at approximately 3:00 to 4:00 A.M. that morning. There were approximately thirty passengers onboard, and there were enough life jackets for everyone. HSI administered a photo lineup, and D.W. identified photo #2 (GARVEY) as the captain of the vessel.

He stated the captain acted alone and was utilizing what appeared to be a cell phone for GPS directions.

9. In the late afternoon of December 9, 2022, GARVEY gave a *Mirandized,* and video recorded statement to HSI. GARVEY stated he is from West End, Bahamas and is a diver, fisher, and good with boats. An unidentified smuggling organizer approached him several days ago and offered him a job since he knew that GARVEY is good with boats. The organizer said GARVEY would have to move people across to the United States, specifically West Palm Beach, Florida. He offered to pay GARVEY $1,000.00 per person on the boat, for a total of $16,000.00. GARVEY admitted to knowing that all of these individuals on the vessel did not have legal documents or permission to enter the United States.

10. The organizer picked GARVEY up that morning at around 3:40 A.M. and transported him to a vessel that was under a bridge in the Old Bahama Bay area in West End. The organizer paid GARVEY $400.00 cash up front and would pay him the remaining $15,600.00 upon his return. The organizer downloaded a boating navigation app on GARVEY's phone and dropped a pin on the map so that GARVEY could use it as a GPS. The organizer instructed GARVEY to just drop everyone off anywhere on the beach. He told GARVEY that he could choose to stay in the United States if he wanted, or he could return with the vessel. GARVEY told the HSI agents that he did not know how he would be paid if he stayed in the United States, so this was why he began traveling back to the Bahamas after dropping off the migrants in Palm Beach.

11. GARVEY stated he knew there were fifteen other people on the vessel with him outside the cabin, but he did not know how many individuals were in the cabin. GARVEY departed from the Bahamas at approximately 4:00 to 5:00 A.M. that morning. There was no food or water on the vessel, but there were life jackets. He believes there were enough for everyone. He did not

realize how many passengers were on the boat until getting closer to the United States, as he started seeing more passengers come out. He continued to try to balance the boat by instructing people on what side to stand on.

12. According to GARVEY, the trip took about 2.5 hours. After dropping off the individuals at the beach in Palm Beach, he began traveling back to the Bahamas. During this time, he observed a helicopter above him but did not realize it was law enforcement. It was not until the PBSO Marine Unit approached him with their lights and sirens that he realized he was being followed by law enforcement. GARVEY turned the vessel off, per their commands.

13. GARVEY had a Samsung cell phone and $400.00 (four one-hundred-dollar bills) on his person. GARVEY provided HSI written consent to search his cell phone. A preliminary search of his phone during the interview revealed the Navionics app with a partial route tracked from a point in the sea to the Palm Beach area. The Gallery section of his phone also showed that GARVEY took photos and videos of himself driving the vessel. These photos and videos were taken between 8:04 and 8:21 A.M. on December 9, 2022.

14. By pleading guilty to counts 1 and 2 of the Indictment, the defendant understands and admits that the following elements of a violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) would have been proven at trial beyond a reasonable doubt:

    a. The defendant brought a person into the United States;

    b. The person was an alien;

    c. The defendant knew the person was an alien who had not received prior official authorization to come, to enter, or to reside in the United States; and,

      d. The defendant brought the person into the United States for the purpose of commercial advantage or private financial gain.

Date: 1/27/23    By: _____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

Date: 1-27-2023    By: _____
ROBERT BERUBE
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 1-27-2023    By: _____
QUINCY SHAWN GARVEY
DEFENDANT

6